**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Ave., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MCCUNE,<br><br>        Plaintiff,<br><br>    vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>        Defendant(s). | Case No.: 3:15-cv-02391-JAH-BLM<br><br>**NOTICE OF WITHDRAW OF FILED DOCUMENT [DKT. #3]** |

NOW COMES Plaintiff, LARRY MCCUNE, by and through the undersigned counsel and hereby withdraws the November 2, 2015 "Executed Waiver of Service." [Dkt. #3]. Plaintiff inadvertently filed the unsigned Waiver and upon noticing of this error, promptly filed the fully executed Waiver thereafter. [Dkt. #4].

1
2
3  Dated: November 3, 2015
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RESPECTFULLY SUBMITTED,

**MARTIN & BONTRAGER, APC**


By: <u>/s/ Nicholas J. Bontrager</u>

Nicholas J. Bontrager
*Attorney for Plaintiff*