**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Ave., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MCCUNE,<br><br>    Plaintiff,<br><br>    vs.<br><br>MIDLAND CREDIT<br>MANAGEMENT, INC.,<br><br>    Defendant(s). | Case No.: 3:15-cv-02391-JAH-BLM<br><br>**JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |

   NOW COMES Plaintiff, LARRY MCCUNE, and Defendant, MIDLAND CREDIT MANAGEMENT, INC., by and through the undersigned counsel, and hereby jointly move this Honorable Court for a dismissal of the instant matter in its entirety, with prejudice pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*, with each party to bear its own attorneys' fees and costs incurred.

///

///

///

|   |   |
|---|---|
| | RESPECTFULLY SUBMITTED, |
| Dated: February 4, 2016 | **MARTIN & BONTRAGER, APC** |
| | By: /s/ Nicholas J. Bontrager |
| | Nicholas J. Bontrager<br>*Attorney for Plaintiff* |
| Dated: February 4, 2016 | **SOLOMON WARD SEIDENWURM & SMITH, LLP** |
| | By: s/Thomas F. Landers |
| | Thomas F. Landers<br>Attorneys for Defendant |

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Thomas F. Landers, counsel for Midland Credit Management, Inc., and obtained his authorization to affix his electronic signature to this document.

DATED: February               **MARTIN & BONTRAGER, APC**

                              By: s/Nicholas J. Bontrager
                                  Nicholas J. Bontrager
                                  Attorneys for Plaintiff

## PROOF OF SERVICE

I, Nicholas J. Bontrager, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 6464 W. Sunset Blvd., Ste. 960, Los Angeles, CA 90028.  On February 4, 2016, I served the following documents:

**JOINT MOTION FOR DISMISSAL**

On all parties of record, through counsel

By the following means of service:

[X]  **BY ELECTRONIC CASE FILING:** I filed the submitted the document listed above via the court's Electronic Case Filing (ECF) system which provides electronic mail (email) service of the listed document directly to the party listed above to his/her "email address of record."

[X]  **STATE:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on February 4, 2016, at Los Angeles, California.

By: /s/ Nicholas J. Bontrager
Nicholas J. Bontrager