UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MCCUE,<br><br>　　　　Plaintiff,<br>v.<br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　Defendant. | Civil No. 15cv2391 JAH (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Doc. No. 6]** |

The parties' jointly move to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Accordingly, **IT IS HEREBY ORDERED** the joint motion is **GRANTED** and the action is **DISMISSED with prejudice** in its entirety. Each party to bear its own attorneys' fees and costs.

Dated:　　　February 5, 2016

_____
JOHN A. HOUSTON
United States District Judge

15cv2391